UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT-N.D. OF N.Y.
FILED
JUL 2 1 2009
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk- Syracuse

```
*****************************************
```
UNITED STATES OF AMERICA *ex rel.*
HEDY M. CIRRINCIONE,

                Plaintiff,

                v.

LARRY D. TINGLEY *et al.*,

                Defendants.
```
*****************************************
```
UNITED STATES OF AMERICA *ex rel.*
HEDY M. CIRRINCIONE,

                Plaintiff,

                v.

THOMAS HAMEL *et al.*,

                Defendants.
```
*****************************************
```

Civil Action No.
98-CV-1929 (TJM) (DEP)
(Lead Case)

**FILED UNDER SEAL**

Civil Action No.
99-CV-2082 (TJM) (DEP)
(Member Case)

**FILED UNDER SEAL**

## ORDER

Having reviewed the United States' Notice of Intervention and Plaintiffs' Joint Stipulation of Dismissal, and in recognition of the settlement agreement entered into by the United States, Relator Hedy M. Cirrincione, the State of New York, the City of New York, and the New York City Board of Education (collectively, the Parties) resolving the claims between and among the Parties arising from Relator's Complaints, the Court rules as follows:

IT IS ORDERED that,

1. pursuant to Fed. R. Civ. P. 41(a), Relator's Complaints are dismissed with prejudice to Relator, with prejudice to the United States with respect to those claims that were released by the United States in the settlement agreement, and without prejudice to the United States with respect to the remaining claims;

2. Relator's Complaints, the United States' Notice of Intervention and Plaintiffs' Joint Stipulation of Dismissal, and this Order be unsealed; and

3. all other papers or Orders on file in this matter shall remain under seal.

IT IS SO ORDERED, this 21st day of July, 2009.

United States ~~District~~ Magistrate Judge